IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **EUGENE LAMAR PENDLETON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv482-MHT |
| | ) | (WO) |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

Upon consideration of petitioner's notice of voluntary dismissal (doc. no. 22), and because neither an answer nor a motion for summary judgment has been filed, <u>see</u> Fed. R. Civ. P. 41(a)(1)(A)(i) (permitting voluntary dismissal before filing of answer or motion for summary judgment), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of April, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE